UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISAAC L. BROCKINGTON, individually; ) <br> KUMIKI GIBSON, individually and in the ) <br> capacity as Commissioner of the New York ) <br> State Division of Human Rights; MARGARET ) <br> GORMLEY-KING, individually and in her ) <br> capacity as Regional Director of the New York ) <br> State Division of Human Rights; CAROLINE ) <br> DOWNEY, Acting General Counsel of ) <br> the New York State Division of Human Rights, ) <br> and the NEW YORK STATE DIVISION OF ) <br> HUMAN RIGHTS, ) <br> ) <br> Defendants. ) | Judge Pauley <br><br> 07 CV 4775 <br><br> JUN 0 5 2007 |

---

### RULE 7.1 STATEMENT

IAN F. HARRIS, a member of the firm of NEWMAN FITCH ALTHEIM MYERS, P.C., attorneys for defendant, FEDERAL EXPRESS CORPORATION pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby certifies that the following are corporate parents, affiliates and/or subsidiaries of the sued party which are publicly held: See annexed list.

The only parties who the undersigned knows to have any interest in the outcome of the action on behalf of the defendants are those listed.

Dated: New York, New York
      June 5, 2007

Yours, etc.

NEWMAN FITCH ALTHEIM MYERS, P.C.
Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

By: _____
      IAN F. HARRIS, ESQ.
14 Wall Street – 22nd Floor
New York, New York 10005
(212) 619-4350

TO: Isaac L. Brockington
4 Middle Bush Road
Wappinger Falls, New York 12590

Kumiki Gibson
Commissioner of the New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York 10458

Margaret Gormley-King
Regional Director of the New York State Division of Human Rights
8 John Walsh Blvd., Suite 204
Peekskill, New York 10566

Caroline Downey
Acting General Counsel of the New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York 10458

New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York 10458

# FEDEX CORPORATION

1. Federal Express Corporation

    I. <u>Federal Express Aviation Services, Incorporated</u>

        A. Federal Express Aviation Services International, Ltd.

    II. <u>Federal Express Canada Ltd.</u>

    III. <u>Federal Express International, Inc.</u>

        A. Dencom Investments Limited

            1. Dencom Freight Holdings Limited

                a. F.E.D.S. (Ireland) Limited

                b. Federal Express (N.I.) Limited

                c. Fedex (Ireland) Limited

        B. Federal Express (Australia) Pty Ltd.

        C. Federal Express Europe, Inc.

            1. Federal Express (Austria) GmbH

            2. Federal Express Corporation Finland Oy

            3. Federal Express Europe, Inc. & Co., V.O.F./S.N.C.

            4. Federal Express European Services, Inc.

            5. FedEx Supply Chain Services Europe B.V.

                a. FedEx Supply Chain Services Belgium B.V.B.A.

                b. FedEx Supply Chain Services France SARL

                c. FedEx Supply Chain Services Germany GmbH

                d. FedEx Supply Chain Services Ireland Limited

                e. FedEx Supply Chain Services Italy S.r.L.

                f. FedEx Supply Chain Services Netherlands B.V.

                g. FedEx Supply Chain Services UK Limited

D.  Federal Express Europlex, Inc.

E.  Federal Express Finance P.L.C.

F.  Federal Express Holdings S.A.

    1.  Federal Express (Antigua) Limited

    2.  Federal Express (Antilles Francaises) S.A.R.L.

    3.  Federal Express (Barbados) Limited

    4.  Federal Express (Bermuda) Limited

    5.  Federal Express Cayman Limited

    6.  Federal Express Costa Rica, Limitada

    7.  Federal Express (Dominicana) S.A.

        a.  Inversiones Sagitario, S.A.

    8.  Federal Express Entregas Rapidas, Ltd.

    9.  Federal Express (Grenada) Limited

    10. Federal Express (Haiti) S.A.

    11. Federal Express Holdings (Mexico) y Compania S.N.C. de C.V.

    12. Federal Express (Jamaica) Limited

    13. Federal Express (St. Kitts) Limited

    14. Federal Express (St. Lucia) Limited

    15. Federal Express (St. Maarten) N.V.

        a.  Federal Express (Aruba) N.V.

    16. Federal Express (Turks & Caicos) Limited

    17. Federal Express Virgin Islands, Inc.

    18. FedEx (Bahamas) Limited

    19. FedEx Transportes Expresos (Guatemala) Limitada

G.  Federal Express International (France) SNC

       H. Federal Express International Limited

       I. Federal Express International y Compania S.N.C. de C.V.

       J. Federal Express Italy Inc.

       K. Federal Express Japan K.K.

       L. Federal Express Korea Co., Ltd.

       M. Federal Express Luxembourg, Inc.

       N. Federal Express Pacific, Inc.

          1. Federal Express Services (M) Sdn. Bhd.

          2. The Flying Tiger Line, Limited

          3. Udara Express Courier Services Sdn. Bhd.

       O. Federal Express Parcel Services Limited

       P. Federal Express (Singapore) Pte. Ltd.

       Q. Federal Express (Thailand) Limited

       R. Federal Express (U.K.) Limited

          1. Federal Express (U.K.) Pension Trustees Ltd.

       S. FedEx (Mauritius) Ltd.

       T. Fedex (N. I.) Limited

       U. FedEx Supply Chain Services International, Inc.

          1. FedEx Supply Chain Services Korea, Inc.

          2. FedEx Supply Chain Services International Pte, Ltd.

       V. Winchmore Developments Ltd.

          1. Concorde Advertising Limited

IV. <u>Federal Express Leasing Corporation</u>

V. <u>Fedex Customs Brokerage Corporation</u>

VI. <u>Fedex FSC Corporation</u>

      VII. FEDEX Partners, Inc.

      VIII. FedEx Peak Employee Services, Inc.

      IX. FedEx Spain, S.L.

      X. Flying Tigers Limited

      XI. The Flying Tiger Line (NZ) Limited

      XII. Tiger International Insurance Ltd.

2. Caliber System (Canada), Inc.

3. FedEx Corporate Services, Inc.

      I. FedEx Internet Technologies Corporation

      II. FedEx Supply Chain Services, Inc.

          A. FedEx Supply Chain Services (Canada), Ltd.

          B. Caliber Logistics de Mexico, S.A. de C.V.

          C. Caliber Logistics Healthcare, Inc.

4. FedEx Custom Critical, Inc.

      I. AutoQuik, Inc.

      II. FedEx Custom Critical, N.V.

      III. FedEx Custom Critical B.V.

          A. FedEx Custom Critical, S.r.L.

      IV. FedEx Custom Critical GmbH

      V. FedEx Custom Critical SARL

      VI. FedEx Custom Critical, S.L.

      VII. FedEx Custom Critical UK, Inc.

      VIII. Passport Transport, Ltd.

          A. AutoTransExpress, Inc.

          B. eTransAuto.com, L.L.C.

      IX. Third Party Services, Inc.

X. Transportation Technologies, Inc.

XI. UrgentFreight, Inc.

5. FedEx Freight Corporation

   I. Viking Freight, Inc.

      A. Bay Cities Diesel Engine Rebuilders, Inc.

      B. Viking de Mexico, S.A. de C.V.

   II. American Freightways, Inc.

      A. American Freightways de Mexico, S.A. de C.V.

      B. A.F. Logistica de Mexico, S.A. de C.V.

      C. Tran-Support, Inc.

         1. Razorback Servicios de Mexico, S.A. de C.V.

   III. FedEx Freight System, Inc.

6. FedEx Global Logistics, Inc.

7. FedEx Ground Package System, Inc.

   I. FedEx Ground Package System, Ltd.

   II. RPS de Mexico, S.A. de C.V.

   III. RPS Urban Renewal Corporation

8. FedEx Trade Networks, Inc.

   I. Caribbean Transportation Services, Inc.

   II. FTN Consulting, Inc.

   III. Tower Group International, Inc.

      A. Tower Group International Canada Inc.

      B. Tower International Holdings, Inc.

   IV. World Tariff, Limited

9. Roadway Global Air, Inc.

    I. <u>Roadway Global Air International, Inc.</u>

        A. Roadway Global Air, S.r.L.

3/28/02
430434