## United States District Court

### FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL EXPRESS CORPORATION

v.

ISAAC L. BROCKINGTON, individually;
KUMIKI GIBSON, individually and in the
capacity as Commissioner of the New York
State Division of Human Rights; MARGARET
GORMLEY-KING, individually and in her
capacity as Regional Director of the New York
State Division of Human Rights; CAROLINE
DOWNEY, Acting General Counsel of
the New York State Division of Human Rights,
and the NEW YORK STATE DIVISION OF
HUMAN RIGHTS,

## SUMMONS IN CIVIL CASE

CASE NUMBER:

07 CV 4775

Judge Pauley

To:
Isaac L. Brockington
4 Middle Bush Road
Wappinger Falls, New York  12590

Kumiki Gibson
Commissioner of the New York State Division
of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458

Margaret Gormley-King
Regional Director of the New York State
Division of Human Rights
8 John Walsh Blvd., Suite 204
Peekskill, New York  10566

Caroline Downey
Acting General Counsel of the New York State
Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458

New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NEWMAN FITCH ALTHEIM MYERS, P.C.
14 Wall Street – 22nd Floor
New York, New York 1005
(212)619-4350

an answer to the complaint is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

J. MICHAEL McMAHON                JUN 0 5 2007
Clerk                                             Date

(BY) DEPUTY CLERK

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK      )
                       ss.:
COUNTY OF NEW YORK     )

**Mark Hinds**, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Elizabeth, New Jersey.

On June 6, 2007, I hand delivered and personally served a **RULE 7.1 STATEMENT, SUMMONS and COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF** on **NEW YORK STATE DIVISION OF HUMAN RIGHTS**, One Fordham Plaza, 4th Floor, Bronx, New York 10458, by leaving a true and accurate copy thereof with _Siaka PAASEWE_, the _*_____ at this office and as described below:

Description: (M)  F

height: 5 7

weight: 160

Age: 32

Hair Color: Black

caucasian/african american ✓/asian/hispanic/indian/other_____

RECEIVED
JUN 6 2007
GENERAL COUNSEL'S OFFICE

_____
MARK HINDS

Sworn to before me this
6th day of June, 2007

_____
Notary Public
NELLY A. CHESTER
Notary Public, State of New York
No. 01CO5059069
Qualified in Richmond County
Commission Expires April 22, 20__

* Mr. Paasewe indicated that he is Authorized to accept said papers