*United States District Court*

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION | SUMMONS IN CIVIL CASE |
| v. | CASE NUMBER: |
| ISAAC L. BROCKINGTON, individually; KUMIKI GIBSON, individually and in the capacity as Commissioner of the New York State Division of Human Rights; MARGARET GORMLEY-KING, individually and in her capacity as Regional Director of the New York State Division of Human Rights; CAROLINE DOWNEY, Acting General Counsel of the New York State Division of Human Rights, and the NEW YORK STATE DIVISION OF HUMAN RIGHTS, | 07 CV 4775<br><br>Judge Pauley |

To:

Isaac L. Brockington
4 Middle Bush Road
Wappinger Falls, New York  12590

Kumiki Gibson
Commissioner of the New York State Division
of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458

Margaret Gormley-King
Regional Director of the New York State
Division of Human Rights
8 John Walsh Blvd., Suite 204
Peekskill, New York  10566

Caroline Downey
Acting General Counsel of the New York State
Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458

New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York  10458

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NEWMAN FITCH ALTHEIM MYERS, P.C.
14 Wall Street – 22nd Floor
New York, New York 1005
(212)619-4350

an answer to the complaint is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

J. MICHAEL McMAHON                              JUN 0 5 2007
Clerk                                            Date

_____
(BY) DEPUTY CLERK

FEDERAL EXPRESS CORPORATION

                              Plaintiff(s)

                Index # 07 CV 4775

- against -

                Purchased June 5, 2007

ISAAC L. BROCKINGTON, ETAL

                              Defendant(s)

                **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

TONY DONADIO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 13, 2007 at 01:35 PM at

8 JOHN WALSH BLVD
SUITE 204
PEEKSKILL, NY 10566

deponent served the within SUMMONS AND COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF; RULE 7.1 STATEMENT on MARGARET GORMLEY-KING, INDIVIDUALLY AND IN HER CAPACITY AS REGIONAL DIRECTOR OF THE NEW YORK STATE DIVISION OF HUMAN RIGHTS therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to RAMONA CAQUIAS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 28 | 5'6 | 135 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

8 JOHN WALSH BLVD
SUITE 204
PEEKSKILL, NY 10566

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 14, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 14, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 02SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

TONY DONADIO

Invoice #: 442143

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728