



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

[212-416-8561]

June 22, 2007

<u>By Hand Delivery</u>
Hon. William H. Pauley III
United States District Court
500 Pearl Street, Rm. 2210
New York, New York 10007

  Re: <u>Federal Express v. Brockington, et al.</u>, 07-CV-4775 (WHP)

Your Honor:

  I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for state defendants. I write, respectfully, to request a thirty day extension of defendants' time to answer, move, or otherwise respond to the complaint from June 25, 2007, to July 25, 2007.

  An extension of time is needed to investigate the facts alleged in the complaint, obtain the necessary documents, and prepare an appropriate response on behalf of defendants. I note that by making this request on behalf of defendants, I am waiving the possible defense of lack of proper service.

  This is defendants' first request for an extension of time to answer, move, or otherwise respond to the complaint. Counsel for plaintiff, Ian Harris, has agreed to the extension of time.

  Thank you.

*Application Granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
6-25-07

Very truly yours,

Neil Shevlin
Assistant Attorney General

cc: Ian Harris (by facsimile)

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us