UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FEDERAL EXPRESS CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | No.  07 Civ. 4775 |
| ) | |
| **ISAAC L. BROCKINGTON, individually;** ) | |
| **KUMIKI GIBSON, individually and in the** ) | |
| **capacity as Commissioner of the New York** ) | |
| **State Division of Human Rights; MARGARET** ) | |
| **GORMLEY-KING, individually and in her** ) | |
| **capacity as Regional Director of the New York** ) | |
| **State Division of Human Rights; CAROLINE** ) | |
| **DOWNEY, Acting General Counsel of** ) | |
| **the New York State Division of Human Rights,** ) | |
| **and the NEW YORK STATE DIVISION OF** ) | |
| **HUMAN RIGHTS,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that plaintiff Federal Express Corporation also appears through its co-counsel, Colby S. Morgan, Jr. and demands service of all notices and papers on:

        Colby S. Morgan, Jr., Esq.
        Senior Counsel
        Federal Express Corporation
        3620 Hacks Cross Road
        Building B, 3rd Floor
        Memphis, TN 38125
        (901) 434-8545

      PLEASE TAKE FURTHER NOTICE that service of all notices and papers on behalf of the plaintiff will continue to also be served upon:

        Ian F. Harris, Esq.
        Newman Fitch Altheim Myers, P.C.
        14 Wall Street
        New York, New York 10005-2101
        (212) 619-4350

Dated: New York, New York
       August 14, 2007

        s/Colby S. Morgan
        Colby S. Morgan, Jr., Esq.
        Federal Express Corporation
        3620 Hacks Cross Road
        Building B, Third Floor
        Memphis, Tennessee 38125-8800
        (901) 434-8545

To:  Honorable William H. Pauley
     United States District Judge
     Southern District of New York
     500 Pearl Street, Room 2210
     New York, New York 10007

     Ian F. Harris, Esq.
     Newman Fitch Altheim Myers, P.C.
     Attorneys for Plaintiff Federal Express Corporation
     14 Wall Street
     New York, New York 10005-2101
     (212) 619-4350

     Elizabeth A. Forman, Esq.
     Assistant Attorney General
     State of New York
     Office of the Attorney General
     120 Broadway
     New York, New York  10271-0332
     (212) 416-8538

     Isaac L. Brockington
     4 Middle Bush Road
     Wappinger Falls, New York  12590

## CERTIFICATE OF SERVICE

I hereby certify that the notice of appearance has been served on the attorney for the defendants Kumicki Gibson, Margaret Gormley-King, Caroline Downey, sued individually and in their capacities as officials in New York State's Division of Human Rights, and New York State Division of Human Rights by filing it using CM/ECF.

>Elizabeth A. Forman, Esq.
>Assistant Attorney General
>State of New York
>Office of the Attorney General
>120 Broadway
>New York, New York  10271-0332

I hereby certify that the notice of appearance has been served on defendant Isaac Brockington by regular mail through the United States Postal Service:

>Isaac L. Brockington
>4 Middle Bush Road
>Wappinger Falls, New York  12590

I declare under penalty of perjury that the foregoing is true and correct. Executed on: August 14, 2007.

>s/Ian F. Harris
>Ian F. Harris