UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FEDERAL EXPRESS CORPORATION,           :

                Plaintiff,        :

        -against-                              :

BROCKINGTON et al,                                  :

                Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 4775 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

       The parties are directed to report whether they have resolved the ERISA preemption issue by September 7, 2007.

Dated: August 30, 2007
       New York, New York

                                  SO ORDERED:

                                WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Ian Foster Harris, Esq.
Newman, Fitch, Altheim, Myers, P.C.
14 Wall Street
New York, NY 10005
*Counsel for Plaintiff*

Elizabeth Anne Forman
Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*